AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 8:24 cr 248 WFJ - AAS |
| Audias Juncos Vasquez | ) | |
| a/k/a "Cachetes" | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

**SEALED**

To:    Any authorized law enforcement officer

RCVD USMS M/F TAMPA
2024 JUN 5 PM 1:44

MAY 20 2026 AM 10:41
FILED - USDC - FLMD - TPA

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Audias Juncos Vasquez a/k/a "Cachetes"                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ❐ Superseding Indictment        ❐ Information        ❐ Superseding Information        ❐ Complaint

❐ Probation Violation Petition        ❐ Supervised Release Violation Petition        ❐ Violation Notice        ❐ Order of the Court

This offense is briefly described as follows:

While aboard a vessel subject to the jurisdiction of the United States, did knowingly and willfully combine, conspire, and agree with each other and with other persons to distribute, and possess with intent to distribute, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, and Conspiracy to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, intending, knowing, or having reasonable cause to believe that such substance would be unlawfully imported into the United States.
In violation of: 21 U.S.C. §§ 959, 960, 963, and 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date:  06/05/2024

*Issuing officer's signature*

**SEALED**

**LOURDES DEL RIO**

City and state:    Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5 JUNE 24 and the person was arrested on *(date)* 19 MAY 26
at *(city and state)*    TAMPA, FL      .

Date:  19 MAY 26

*Arresting officer's signature*

ORTIZ, Frank A.    DUSM TAMPA, FL
*Printed name and title*